NATALIE K. WIGHT
United States Attorney
District of Oregon
**AMY E. POTTER**
**JUDITH R. HARPER**
**JEFFREY S. SWEET**
Assistant United States Attorneys
405 E. 8th Avenue, Suite 2400
Eugene, OR 97401
Telephone: (541) 465-6771
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:19-cr-00454-MC |
| v. | **GOVERNMENT'S EXHIBITS IN SUPPORT OF RESPONSE TO MOTION TO DISMISS** |
| **GREGORY L. RODVELT,** | |
| **Defendant.** | |

**Government's Exhibits in Support of Response to Motion to Dismiss**