SUPERIOR COURT OF THE STATE OF ARIZONA

MARICOPA COUNTY

THE STATE OF ARIZONA, )
)
        Plaintiff, )
)
vs. )
)
)
Gregory Lee Rodvelt ) Case No. CR2017-005547-001
)
)
        Defendant )
)
) **WARRANT FOR ARREST**
)

**DEFENDANT'S DESCRIPTION:**
Race: White   Sex: Male   Hgt: 6'0   Wt: 160
DOB: ▇▇/1951   Eyes: Blue   Hair: Brown   Other: Click here to enter text.
Vehicle Info: Make: 2004 White GMC Model: Yukon License #: unknown
Defendant's Last Known Address: 20449 W Patton Rd, Wittmann, AZ 85361
DR#: 17016814/ DR#: 170401021
MCSO Booking #: T354703
☐ AZ Only
☒ OK to Extradite
ORI: AZ0072700

**CERTIFICATE OF EXECUTION**

I certify that I arrested _____ at _____ a.m.\p.m.
on _____, and presented him\her before Judge _____ at ____ am.\pm.

_____
Agency

_____
Deputy Sheriff, Officer

R: 04-04-17

**GOVERNMENT EXHIBIT 2**
1:19-cr-00454-MC

Exhibit 2
Page 1 of 1

Produced Pursuant to Protective Order
RODVELT_0008448