| | |
|---|---|
| **To:** | Bates, Phillip E. (PX) (FBI)[pebates@fbi.gov] |
| **From:** | Robert Kalinowski - SHERIFFX |
| **Sent:** | Sat 9/8/2018 11:15:51 AM |
| **Subject:** | rodvelt ncic hit |

greg rodvelt 1051.pdf

....
;;;;

let me know if you need more

*How are we doing?*
*Detective Rob Kalinowski S1800*
*Maricopa County Sheriff's Office*

*Criminal Intelligence*

*Joint Terrorism Task Force*

*Terrorism Liaison Officer*

▇▇▇▇▇▇▇▇

*602-876-8550 desk*

The information contained in this e-mail and any files transmitted with it are confidential and/or privileged, and are intended solely for the use of the recipients listed above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the transmitted information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender and delete and destroy all copies and attachments.

GOVERNMENT EXHIBIT
3
1:19-cr-00454-MC

Exhibit 3
Page 1 of 3

Produced Pursuant to Protective Order

RODVELT_0007916

☐ ☐ ☐ ☐ ☐

3 of 6                                                                                                  09/08 09:16:41

771800: ACWL.BDG/CT16.NAM/RODVELT,GREGORY.DOB/1951.SEX/M

BADGES: S1800
NCIC.1L01TW00700X96CT16
AZ00700X9

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MKE/WANTED PERSON - CAUTION
CMC/15 - EXPLOSIVE EXPERTISE
CMC/00 - ARMED AND DANGEROUS
CMC/05 - VIOLENT TENDENCIES
ADO/N
EXL/1 - FULL EXTRADITION
ORI/AZ0070000 NAM/R0DVELT, GREG0RY LEE SEX/M RAC/W ETN/N POB/0R
DOB/1951 HGT/600 WGT/160 EYE/BLU HAI/BR0 FBI/945354H CTZ/US
MNU/PI-AZ20069708 SOC/
OFF/CONDIT RELEASE VIOLATION -  VI0L REL C0ND
OOC/ASSAULT
DOW/20180908 OCA/CR2017-005547-001 SID/
CTI/AZ007035J
NOA/N
MIS/HX VI0LENCE/WEAP0NS/EXPL0SIVES/RESISTING ARREST/ASSAULT/B00BYTRAPS- FTC WITH
MIS/ RELEASE C0ND/AGGRAVATED ASSAULT C3DF/RESISTING ARREST C6F/3CTS MISC0NDUCT
MIS/INV0LVING EXPL0SIVES C1M/INTERFERING WITH JUDICIAL PR0CEEDINGS C1M /CALL 602
MIS/ 876-1061 T0 VERIFY
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20180908
SNU/20449 SNA/W PATT0N RD
CTY/WHITTMANN STA/AZ ZIP/85361
COU/MARIC0PA
ORI IS MARICOPA CO SO PHOENIX 602 876-1000
NIC/W314778457 DTE/20180908 0312 EDT DLU/20180908 0318 EDT
No Record Found for QUERY:

**NAME: R0DVELT,GREG0RY LEE**          DOB: 1951

RAC: W           SEX: M            HEIGHT: 600          WEIGHT: 160

HAIR: BR0        EYE: BLU

FBI:             SOC:

POB: 0R
ADDRESS: 20449 W PATT0N RD  01 - RESIDENCE (LAST KNOWN) 85361
OFFENSE: CONDIT RELEASE VIOLATION - VI0L REL C0ND
NARRATIVE:
  HX VI0LENCE/WEAP0NS/EXPL0SIVES/RESISTING ARREST/ASSAULT/B00BYTRAPS- FTC WIT
  RELEASE C0ND/AGGRAVATED ASSAULT C3DF/RESISTING ARREST C6F/3CTS MISC0NDUCT
  INV0LVING EXPL0SIVES C1M/INTERFERING WITH JUDICIAL PR0CEEDINGS C1M /CALL 60
  876-1061 T0 VERIFY

Produced Pursuant to Protective Order                                             RODVELT_0007917

H
2
ORI IS MARICOPA CO SO PHOENIX 602 876-1000

Informer Publish

Produced Pursuant to Protective Order                                                                 RODVELT_0007918