WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

C H Chung
Deputy County Attorney
Bar ID #: 027730
301 West Jefferson, 5th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
mcaoocd@mcao.maricopa.gov
MCAO Firm #: 00032000
Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THE STATE OF ARIZONA, | CR2017-005547-001 |
| Plaintiff, | MOTION TO HOLD NONBONDABLE |
| vs. | (Assigned to the Honorable Master Calendar, Div. CPJ03) |
| GREGORY LEE RODVELT, | |
| Defendant. | Expedited Ruling Requested |

The State of Arizona asks this Court to hold Defendant without bail pursuant to the Arizona Constitution, as amended, Article II, § 22(3), and A.R.S. § 13-3961(D).

1. The Defendant is charged with the felony offense of Aggravated Assault, Resisting Arrest, Misconduct Involving Explosives, Misconduct Involving Explosives, Misconduct Involving Explosives, Interfering With Judicial Proceedings.

2. The State certifies that:



Produced Pursuant To Protective Order

Exhibit 4
Page 1 of 4
RODVELT_0006984

a. There is clear and convincing evidence that GREGORY LEE RODVELT poses a substantial danger to or committed a violent offense as described in A.R.S. § 13-3961(D).

b. No condition or combination of conditions of release which may be imposed will reasonably assure the safety of the Community.

c. The proof is evident or the presumption great that GREGORY LEE RODVELT committed the offense for which he is charged.

The State provides the following facts in support of this motion: During Defendant's most recent trip to Oregon, he unlawfully came onto a private residence in order to place deadly traps. The property was located 1000 Dreamhill Drive, Williams, Oregon. Defendant had been permitted by the Court to travel to Oregon so that he could attend a hearing in that jurisdiction set for September 16, 2018 in Josephine County Circuit Court Case No. 16CV13666. Rodvelt was ordered to return to Arizona on September 3, 2018.

On August 27, 2018, the Josephine County Circuit Court appointed a Receiver to prepare the Dreamhill property for sale.

On August 30, 2018, the court appointed Receiver, Joseph Charter, came onto the property and observed that the property had been altered from his prior visit. Having last visited the property on August 29, 2018 at 5:30PM, the court appointed receiver visited the property on August 30, 2018 and observed a sign that read "Property is Protected by Improvised Munitions." When the Receiver and his security drove onto the property,

underground nail spikes flattened and damaged their tires. They also observed that items had been taken from the property and that that other items had been packed. They did not go any further onto the property.

On September 7, 2018, Oregon State Police acting in concert with the F.B.I. attempted to conduct a welfare/security check of the property. During the sweep, one improvised explosive was triggered and activated, injuring one FBI special agent and an Oregon State Police Officer. In addition, other improvised munitions were discovered on the property.

The State has been informed that Defendant set these munitions during the time that he was permitted to travel to Oregon to contest the civil lawsuit relating to ownership of 1000 Dreamhill Drive, sometime between August 18, 2018 and September 2, 2018.

The State requests that this matter be set for an expedited hearing pursuant to Davis v. Winkler, 164 Ariz. 342, 793 P.2d 99 (1990). The State requests that Defendant be held in custody pending the hearing.

Submitted September 9, 2018.

WILLIAM G MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: _____
/s/ C H Chung
Deputy County Attorney

Produced Pursuant To Protective Order                                              RODVELT_0006986

Copy mailed/delivered September 9, 2018, to:

The Honorable Master Calendar
Judge of the Superior Court

Gregory Lee Rodvelt
20449 W Patton Rd
Wittmann, AZ 85361
Attorney for Defendant

James Buesing
111 W Monroe, Ste 320
Phoenix, AZ 85003


BY: _____
     /s/ C H Chung
     Deputy County Attorney

CC

4

Exhibit 4
Page 4 of 4
Produced Pursuant To Protective Order                RODVELT_0006987