FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Prosecutive update  **Date:** 03/05/2019

**From:** PORTLAND
   **Contact:** GRAY JEFFREY M, 541-608-1563

**Approved By:** SSRA DWYER RYAN

**Drafted By:** GRAY JEFFREY M

**Case ID #:** 174A-PD-2983108   (U) Gregory Lee Rodvelt;
                                 1000 Dreamhill Drive,
                                 Williams, OR;
                                 Actual and Attempted Bombings and
                                 Explosives

**Synopsis:** (U) Prosecutive update

**Details:**

   On 3/4/19, writer was at the US District Courthouse, Medford, Oregon on an unrelated case. Writer spoke with AUSA Judith Harper about this investigation and asked if she had reviewed the discovery material or if she had an update. AUSA Harper replied that she had not reviewed the material but that she intended to do so in the coming days.

   Writer will continue to follow and report status of investigation.

◆◆

UNCLASSIFIED


GOVERNMENT EXHIBIT 8
1:19-cr-00454-MC

Exhibit 8
Page 1 of 14
RODVELT_0004194

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Import Form

**Form Type:** EMAIL - Email  **Date:** 03/12/2019

**Title:** (U) Email requesting prosecutive opinion

**Approved By:** SSRA DWYER RYAN

**Drafted By:** GRAY JEFFREY M

**Case ID #:** 174A-PD-2983108  (U) Gregory Lee Rodvelt;
1000 Dreamhill Drive,
Williams, OR;
Actual and Attempted Bombings and
Explosives

**Synopsis:** (U) Email requesting prosecutive opinion

♦♦

UNCLASSIFIED

Exhibit 8
Page 2 of 14
RODVELT_0004195

**To:** Harper, Judi (USAOR)[Judi.Harper@usdoj.gov]; Lichvarcik, Nathan J. (USAOR)[Nathan.J.Lichvarcik@usdoj.gov]
**From:** Gray, Jeffrey M. (PD) (FBI)
**Sent:** Mon 3/11/2019 1:23:19 PM
**Subject:** Gregory Rodvelt

Judi and Nate,

    As of 1/28/19, your office has all discovery relative to the FBI's investigation of Gregory Rodvelt (FBI case number 174A-PD-2983108).

    On 1/29/19, your office received a report from ATF Special Agent Jason Weber providing the results of the examinations conducted by the ATF.

    All logical investigation is complete. The FBI does not anticipate conducting any further investigation and, as such, is requesting that you review the discovery material and render a prosecutive opinion.

    Please be advised that I will be retiring in the near future and would like to see this investigation to its conclusion. My last day will be June 28, 2019.

Regards,

SA Jeff Gray - FBI
Portland Division/Medford RA
(541) 608-1563 (desk)

Exhibit 8
Page 3 of 14
RODVELT_0004196

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Prosecutive update  **Date:** 03/18/2019

**From:** PORTLAND
    **Contact:** GRAY JEFFREY M, 541-608-1563

**Approved By:** SSRA DWYER RYAN

**Drafted By:** GRAY JEFFREY M

**Case ID #:** 174A-PD-2983108    (U) Gregory Lee Rodvelt;
        1000 Dreamhill Drive,
        Williams, OR;
        Actual and Attempted Bombings and
        Explosives

**Synopsis:** (U) Prosecutive update

**Details:**

On 3/12/19, and in response to an email from writer, AUSA Judi Harper left a voice mail for the writer. In the voice mail, AUSA Harper advised that she anticipates forwarding the discovery material to AUSA Nathan Lichvarcik. Further, AUSA Harper advised that she would be drafting an indictment in the near future.

Writer will continue to follow and report the status of the prosecution.

♦♦

UNCLASSIFIED

Exhibit 8
Page 4 of 14
RODVELT_0004197

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Email to AUSA Harper and Lichvarcik    **Date:** 03/25/2019

**From:** PORTLAND
    **Contact:** GRAY JEFFREY M, 541-608-1563

**Approved By:** A/SSRA SUTTLES TIMOTHY W

**Drafted By:** GRAY JEFFREY M

**Case ID #:** 174A-PD-2983108    (U) Gregory Lee Rodvelt;
1000 Dreamhill Drive,
Williams, OR;
Actual and Attempted Bombings and Explosives

**CONFIDENTIAL HUMAN SOURCE INFORMATION**

Information contained in this document pertains to a highly sensitive intelligence source. Recipients are cautioned to avoid taking any action based on this information that could compromise the source without prior contact with the FBIHQ operational division, section, or field office, as appropriate.

**Synopsis:** (U) Email to AUSA Harper and Lichvarcik re: status of indictment and potential charges

**Enclosure(s):** Enclosed are the following items:
1. (U) email re Indictment and possible charges

**Details:**

On 3/25/19, writer sent an email to ASUA Judi Harper and AUSA Nate Lichvarcik. In the email, writer asked for an update on the drafting of an indictment. Writer also wrote,

"I would recommend you consider using T18, USC, Sec 111(b), Assaulting a Federal Officer. Paragraph (b) provides an enhancement for the use of a dangerous weapon or inflicting bodily injury. It

UNCLASSIFIED

Exhibit 8
Page 5 of 14
RODVELT_0004198

UNCLASSIFIED

Title:  (U) Email to AUSA Harper and Lichvarcik
Re:  174A-PD-2983108, 03/25/2019

provides for imprisonment of not more than 20 years. I also recommend you consider using T18, USC, Sec 924(c)(1)(A)(iii), which relates to the use of a firearm during a federal crime of violence. Section (iii) provides for a 10 year minimum mandatory prison sentence if the firearm is discharged."

  The email is maintained in the digital 1A section of this EC.

  Writer will continue to follow and report status of prosecution.

♦♦

UNCLASSIFIED

2

Exhibit 8
Page 6 of 14
RODVELT_0004199

**To:** Harper, Judi (USAOR)[Judi.Harper@usdoj.gov]; Lichvarcik, Nathan J. (USAOR)[Nathan.J.Lichvarcik@usdoj.gov]
**From:** Gray, Jeffrey M. (PD) (FBI)
**Sent:** Mon 3/25/2019 2:53:04 PM
**Subject:** Rodvelt Indictment

Judi and Nate,

Any progress on drafting the indictment?

I've looked into possible statutes. I would recommend you consider using T18, USC, Sec 111(b), Assaulting a Federal Officer. Paragraph (b) is provides an enhancement for the use of a dangerous weapon or inflicting bodily injury. It provides for imprisonment of not more than 20 years. I also recommend you consider using T18, USC, Sec 924(c)(1)(A)(iii), which relates to the use of a firearm during a federal crime of violence. Section (iii) provides for a 10 year minimum mandatory prison sentence if the firearm is discharged.

Hope this helps,

Jeff

Exhibit 8
Page 7 of 14
RODVELT_0004200

174A-PD-2983108 Serial 87

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) email response from AUSA Harper  **Date:** 04/12/2019

**From:** PORTLAND
    **Contact:** GRAY JEFFREY M, 541-608-1563

**Approved By:** SSRA DWYER RYAN

**Drafted By:** GRAY JEFFREY M

**Case ID #:** 174A-PD-2983108   (U) Gregory Lee Rodvelt;
                                      1000 Dreamhill Drive,
                                      Williams, OR;
                                      Actual and Attempted Bombings and
                                      Explosives

**Synopsis:** (U) email response from AUSA Harper

**Enclosure(s):** Enclosed are the following items:
1. (U) email response from AUSA Harper

**Details:**

On 3/25/19, writer sent an email to AUSA Judi Harper and AUSA Nate Lichvarcik. In the email, writer asked for an update on the drafting of an indictment.

On 4/9/19, writer received an email response from AUSA Judi Harper. The email reads as follows:

*Hi Jeff-Nate and I were both out of the office. Sarah has all the discovery on the cloud so Nate can access it. I'm also calling the prosecutor on his Arizona case to get copies of his testimony, etc. We weren't in a rush since we filed the complaint and also because he is serving the 5 year sentence in Arizona. We'll talk and will get back to you.*

*Thanks, Judi*

UNCLASSIFIED

Exhibit 8
Page 8 of 14
RODVELT_0004201

UNCLASSIFIED

Title: (U) email response from AUSA Harper
Re: 174A-PD-2983108, 04/12/2019

The email is maintained in the digital 1A section of this EC.

♦♦

UNCLASSIFIED

2

Exhibit 8
Page 9 of 14
RODVELT_0004202

**To:**       Gray, Jeffrey M. (PD) (FBI)[jmgray@fbi.gov]
**From:**     Harper, Judi (USAOR)
**Sent:**     Tue 4/9/2019 3:22:46 PM
**Subject:**  RE: Rodvelt Indictment

Hi Jeff-Nate and I were both out of the office.  Sarah has all the discovery on the cloud so Nate can access it.
I'm also calling the prosecutor on his Arizona case to get copies of his testimony, etc.  We weren't in a rush since
we filed the complaint and also because he is serving the 5 year sentence in Arizona.  We'll talk and will get back
to you.
Thanks, Judi

-----Original Message-----
From: Gray, Jeffrey M. (PD) (FBI) <jmgray@fbi.gov>
Sent: Monday, March 25, 2019 2:53 PM
To: Harper, Judi (USAOR) <JHarper@usa.doj.gov>; Lichvarcik, Nathan J. (USAOR) <NLichvarcik@usa.doj.gov>
Subject: Rodvelt Indictment

Judi and Nate,

Any progress on drafting the indictment?

I've looked into possible statutes.  I would recommend you consider using T18, USC, Sec 111(b), Assaulting a
Federal Officer. Paragraph (b) is provides an enhancement for the use of a dangerous weapon or inflicting bodily
injury. It provides for imprisonment of not more than 20 years.  I also recommend you consider using T18, USC,
Sec 924(c)(1)(A)(iii), which relates to the use of a firearm during a federal crime of violence.  Section (iii)
provides for a 10 year minimum mandatory prison sentence if the firearm is discharged.

Hope this helps,

Jeff

Exhibit 8
Page 10 of 14
RODVELT_0004203

**To:**
**From:** Gray, Jeffrey M. (PD) (FBI)
**Sent:** Tue 3/12/2019 1:41:04 PM
**Subject:** FW: Gregory Rodvelt

Andrew,

Below is an email I sent to AUSA Harper and AUSA Lichvarcik.

Today, and apparently in response, I received a voice mail from AUSA Harper advising that she is forwarding discovery material to AUSA Lichvacik for review and that she will be preparing an indictment. She did not identify a potential grand jury date.

I'll keep you posted.

Jeff

-----Original Message-----
From: Gray, Jeffrey M. (PD) (FBI)
Sent: Monday, March 11, 2019 1:23 PM
To: Harper, Judi (USAOR) <Judi.Harper@usdoj.gov>; Lichvarcik, Nathan J. (USAOR) <Nathan.J.Lichvarcik@usdoj.gov>
Subject: Gregory Rodvelt

Judi and Nate,

    As of 1/28/19, your office has all discovery relative to the FBI's investigation of Gregory Rodvelt (FBI case number 174A-PD-2983108).

    On 1/29/19, your office received a report from ATF Special Agent Jason Weber providing the results of the examinations conducted by the ATF.

    All logical investigation is complete.  The FBI does not anticipate conducting any further investigation and, as such, is requesting that you review the discovery material and render a prosecutive opinion.

    Please be advised that I will be retiring in the near future and would like to see this investigation to its conclusion.  My last day will be June 28, 2019.

Regards,

SA Jeff Gray - FBI
Portland Division/Medford RA
(541) 608-1563 (desk)

Exhibit 8
Page 11 of 14
Produced Pursuant to Protective Order					RODVELT_0008387

**To:** █████████████████████
**Cc:** Cooper, Helen (USAOR)[Helen.Cooper@usdoj.gov]; Dwyer, Ryan (PD) (FBI)[rdwyer@fbi.gov]
**From:** Gray, Jeffrey M. (PD) (FBI)
**Sent:** Tue 6/18/2019 9:44:59 AM
**Subject:** RE: Case

█████████████,

I'm sorry but I don't have an answer for you. As you may remember, I sent an email to AUSA Judi Harper and AUSA Nate Lichvarcik on 3/25 asking for an update on the drafting of an indictment and I suggested potential statutes to charge.

On 4/9/19, AUSA Harper responded but did not give any indication as to the status of an indictment or a potential grand jury date. AUSA Lichvarcik did not respond and still hasn't.

My last day is June 28th. I had hoped to get this matter indicted before I retired but it's not going to happen.

I don't know who this will be reassigned to. It's sad that an FBI agent can be injured in a traumatic manner while performing his official duties and yet the US Attorney's Office doesn't seem to have any sense of urgency to move this forward.

Good luck to you in your career and stay safe.

SA Jeff Gray
Portland Division/Medford RA
(541) 608-1563 (desk)

---

**From:** Sellers, Andrew T. (EP) (FBI)
**Sent:** Thursday, June 13, 2019 7:10 PM
**To:** Gray, Jeffrey M. (PD) (FBI) <jmgray@fbi.gov>
**Subject:** Case

Hey man just curious if there is any movement with the USAO? Regardless I know you have it handled on your end.

Vr

Andrew

█████████████
Special Agent Bomb Technician
El Paso Division
█████████████

Desk: 915-832-5057

Exhibit 8
Page 12 of 14
Produced Pursuant to Protective Order       RODVELT_0008394

**To:** Dwyer, Ryan (PD) (FBI)[rdwyer@fbi.gov]
**From:** Gray, Jeffrey M. (PD) (FBI)
**Sent:** Wed 5/8/2019 2:41:59 PM
**Subject:** RE: Rodvelt Indictment

Ryan,

I sent an email to Judi and Nate on 3/25 asking for an update on the drafting of an indictment and suggesting potential statutes to charge.

On 4/9/19 (nearly one month ago), Judi provided her typical non-answer answer.

The final grand jury date available before I retire is 6/5/19.  It's not critical that this gets indicted before I retire but I can't help but scratch my head over what is causing the delay.  I'd also like to know Judi's reasoning for having to get the transcript from Rodvelt's state trial prior to proceeding with a federal grand jury indictment.

Do you have an update?

IDKGMAB

Jeff

-----Original Message-----
From: Dwyer, Ryan (PD) (FBI)
Sent: Monday, April 15, 2019 8:59 AM
To: Gray, Jeffrey M. (PD) (FBI) <jmgray@fbi.gov>
Subject: RE: Rodvelt Indictment

Can you let me know the GJ dates in Medford that fall before your retirement?

Thanks,
Ryan

SSRA Ryan Dwyer
FBI Portland
Eugene/Medford Resident Agencies
541-685-6268 (direct)
541-343-5222 (main)


-----Original Message-----
From: Gray, Jeffrey M. (PD) (FBI)
Sent: Wednesday, April 10, 2019 1:41 PM
To: Dwyer, Ryan (PD) (FBI) <rdwyer@fbi.gov>
Subject: FW: Rodvelt Indictment

Gotta love Judi's non-answer answer.
I feel like responding to her email thusly: "So the answer to my question is no?"

IDKGMAB

-----Original Message-----
From: Harper, Judi (USAOR) [mailto:Judi.Harper@usdoj.gov]
Sent: Tuesday, April 09, 2019 3:23 PM
To: Gray, Jeffrey M. (PD) (FBI) <jmgray@fbi.gov>
Subject: RE: Rodvelt Indictment

Exhibit 8
Page 13 of 14
Produced Pursuant to Protective Order
RODVELT_0008408

-----Original Message-----
From: Gray, Jeffrey M. (PD) (FBI) <jmgray@fbi.gov>
Sent: Monday, March 25, 2019 2:53 PM
To: Harper, Judi (USAOR) <JHarper@usa.doj.gov>; Lichvarcik, Nathan J. (USAOR) <NLichvarcik@usa.doj.gov>
Subject: Rodvelt Indictment

Judi and Nate,

Any progress on drafting the indictment?

I've looked into possible statutes.  I would recommend you consider using T18, USC, Sec 111(b), Assaulting a Federal Officer. Paragraph (b) is provides an enhancement for the use of a dangerous weapon or inflicting bodily injury. It provides for imprisonment of not more than 20 years.  I also recommend you consider using T18, USC, Sec 924(c)(1)(A)(iii), which relates to the use of a firearm during a federal crime of violence.  Section (iii) provides for a 10 year minimum mandatory prison sentence if the firearm is discharged.

Hope this helps,

Jeff