FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Timeline of events in the Gregory Rodvelt investigation.   **Date:** 08/26/2019

**CC:** PD-Eugene RA (OST)

**From:** PORTLAND
      **Contact:** GLUESENKAMP TRAVIS R, 503-460-8504

**Approved By:** SSRA DWYER RYAN

**Drafted By:** GLUESENKAMP TRAVIS R

**Case ID #:** 174A-PD-2983108  (U) Gregory Lee Rodvelt;
1000 Dreamhill Drive,
Williams, OR;
Actual and Attempted Bombings and
Explosives

**Synopsis:** (U) Timeline of events in the Gregory Rodvelt investigation.

**Details:**

At the request of the Untied States Attorney's Office for the District of Oregon, SA Travis R. Gluesenkamp conducted a review of the captioned investigation to create a timeline of pertinent events and interviews as they pertain to the alleged instillation of improvised devices, for the purpose of causing injury, at 1000 Dreamhill Drive, by Gregory Rodvelt.

Gregory Rodvelt is alleged to have installed on or about 08/29/2018 to 09/03/2018 an improvised device consisting of a rat trap and .410 shot shell rigged to explode as the front door of his residence was opened. The device injured ███████████████ on 08/09/2018 as he lawfully entered the residence at the request of the property owner and trustee Joseph Charter and Patricia Flenner.

UNCLASSIFIED

GOVERNMENT
EXHIBIT
10
1:19-cr-00454-MC

Exhibit 10
Page 1 of 11
RODVELT_0004211

UNCLASSIFIED

Title: (U) Timeline of events in the Gregory Rodvelt investigation.
Re: 174A-PD-2983108, 08/26/2019

The following events occurred on the following dates:

Patricia Flenner appointed Trustee

On 8/7/2015, Patricia Flenner is appointed the Trustee for the Violet Rodvelt Trust that was establish in July of 2004. This is a result of the Adult Protective Services involvement to protect the interest of Violet Rodvelt from her son Gregory Rodvelt. After this appointment, Gregory Rodvelt has no claim or authority over the Dreamhill property.

Default judgment entered against Rodvelt

On 11/14/2016, a default judgment is entered, against Rodvelt granting Violet Rodvelt a judgment of $2,119,253.40. Violet Rodvelt transferred her interests as creditor in the judgment to Patricia Flenner as a result of her being appointed Trustee.

Default judgment entered in Maricopa County against Rodvelt

On 11/15/2016, a default judgment is entered, in Maricopa County, AZ, against Rodvelt granting Flenner a judgment of $59,470.24. The judgment is recorded in Jefferson County on 07/21/2017.

Rodvelt files fictitious bargain and sale deed attempting to transfer half the property to Ron Apple

On 02/09/2017, Rodvelt wrongful granted and recorded with Josephine County a "Bargain and Sale Deed" purporting to convey the Dreamhill

UNCLASSIFIED
2

Exhibit 10
Page 2 of 11
RODVELT_0004212

Title: (U) Timeline of events in the Gregory Rodvelt investigation.
Re: 174A-PD-2983108, 08/26/2019

property from Rodvelt to "Grantor to Gregory Lee Rodvelt and Ronald I. Apple, grantees, Not as Tenants in Common, JOINT TENANTS WITH RIGHT OF SURVIVORSHIP." He had no authority to do so and the document is not valid.

Standoff on Surprise, AZ

On 4/5/17, Rodvelt was arrested by Surprise Police Department after a lengthy stand-off. Rodvelt was charged with Aggravated Assault with a Deadly Weapon. At the time of his arrest, Rodvelt was reportedly in possession of guns, powders, blasting caps and a manual on how to make improvised munitions. The standoff was the result of a dispute at a U-haul center.

Violet Rodvelt passes away

On 08/19/2017, Violet Rodvelt passes away.

Motion to appoint Receiver for the properties and contents therein.

On 4/23/18, a motion to appoint a receiver for the property was filed. In the motion, attorney Kenneth Tharp request the court appoint a received to coordinate the sale of the properties in the Violet Rodvelt Trust, and the items of value held therein. (Reference Serial 59).

Ronald Apple files fictitious motion to Object to the sale of the Dreamhill Property

UNCLASSIFIED

Title: (U) Timeline of events in the Gregory Rodvelt investigation.
Re: 174A-PD-2983108, 08/26/2019

On 5/9/18, Ronald I. Apple filed an "Affidavit of Fact Notice of Objection." In the filing, Apple objected to the sale of the Dreamhill property and to "Joseph M. Charter, as he is part of the State Judge Association that follows the Federal Judge association that is under the International Association of Judges, See Charter of the Judge Article 12. Is not for the people or the state of Oregon." (Reference Serial 59)

Rodvelt Files Motion to contest appointment of a Receiver

On 5/14/18, Gregory Rodvelt filed a "Notice of Defendant's Objection and Request for Hearing Regarding Appointment of Receiver and Trust Violations, Including failure to Provide Notice." In the filing, Rodvelt wrote, "I expect to return to Oregon as soon as the State of Arizona will allow." and "Ron Apple, who is haft-owner (sic) of the property in question informed me of this attempt of patricia (sic) Flenner to take advantage of the problem Im (sic) having here in Arizona." (Reference Serial 59)

Ronald Apple files Letter-Rogatory

On 7/16/18, Ronald Apple filed a "Letter-Rogatory-For-Relieve Under the Hague Convention Title 18 Section 1781" demanding that his named be cleared of "this alleged civil case..." Apple claims that the court is not really a court but is a "tribunal operated as a private corporation." (Reference Serial 59).

Rodvelt Granted approval to travel to Oregon

On 08/16/2018, Maricopa County Court granted Rodvelt authority to

UNCLASSIFIED
4

Exhibit 10
Page 4 of 11
RODVELT_0004214

Title:  (U) Timeline of events in the Gregory Rodvelt investigation.
Re:  174A-PD-2983108, 08/26/2019

return to Oregon for the purpose of getting his affairs in order as they pertain to the Dreamhill property. He is ordered to return no later than 09/03/2018.

Joseph M Charter appointed as Receiver.

   On 8/22/18, an "Order Appointing Receiver" was filed. The order noted that Ronald Apple appeared at the hearing but Rodvelt did not. The court ruled that Rodvelt was in default and therefore was not considered a party or interested person. Further, the court ruled the deed conveying the property to Apple was void and therefore, Apple had no interest in the estate property and that Ronald Apple was not a "interested person" in the proceeding. The court appointed Joseph Charter as the Receiver and granted him authority to "transfer and sell the Dreamhill Estate Property," without further order of the court and to account to the court after the sale. (Reference Serial 59)

Rodvelt files fictitious bargain and sale deed attempting to transfer the property to Jeremy Ryn Davis

   On 08/27/2018, Rodvelt wrongful granted and recorded with Josephine county a "Bargain and Sale Deed" purporting to convey the Dreamhill property from Rodvelt to Jeremy Ryn Davis, a resident of Whittmann AZ He had no authority to do so and the document is not valid.

Charter and Private security Guard access the Dreamhill Property

   On 08/29/2018 at approximately 530 PM, Joe Charter and Private Security Guard David Spradling attempted to enter and assess the

Title:  (U) Timeline of events in the Gregory Rodvelt investigation.
Re:   174A-PD-2983108, 08/26/2019

Dreamhill Property. They access the property by cutting locks on two gates. Charter saw a sign that warned of improvised munitions on the property. They take photographs of the property and depart. They are advised by a neighbor that Rodvelt had departed the property around 430 PM and returned at approximately 800 PM. Charter made plans to return the next day and change the locks. (Reference Serial 25)

Rodvelt admits to ▮▮▮▮▮▮▮ he installed spike strips on the Dreamhill property

   At an unknown time on 08/29/2018, Rodvelt informs ▮▮▮▮▮▮▮ that Joe Charter attempted to access his property, but did not get in the house. Rodvelt states he installed spike strips in the driveway and wants to hide in ▮▮▮▮▮▮'s bushes to watch when Joe Charter returns. ▮▮▮ Refuses. (Reference serial 17)

Rodvelt makes contact with neighbors about who access the Dreamhill property.

   On 08/29/2018 at approximately midnight, Rodvelt contacted neighbors ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ in their driveway about who broke into his property. ▮▮▮▮▮▮▮▮▮ were aware of who did, but did not inform Rodvelt. They heard Rodvelt banging and grinding metal most of the night over at his property. (Reference serial 9)

Charter and Locksmith attempt to access the Dreamhill Property

   On 08/30/2018 at 1000 AM, Joe Charter, Private Investigator Tom Holloway, and a Locksmith attempt to enter the Dreamhill Property. They

Title:  (U) Timeline of events in the Gregory Rodvelt investigation.
Re:  174A-PD-2983108, 08/26/2019

observe the chain on the first gate is in a different position. On the drive up, they run over an improvised spike strip. The strip was not present the day prior. As they approached the second gate, they observed a green van blocking the gate. They abandoned their plans to enter the property. (Reference Serial 25)

Rodvelt Returns to AZ

On 09/04/2018, per Probation Officer Jennifer Borgen, Rodvelt returned to AZ. The departure and return to AZ is corroborated by Statements Rodvelt made to Neighbors. (Reference Serial 75.)

████████ is injured by an improvised device while searching 1000 Dreamhill Drive

On 9/7/18 at approximately 0830, Portland Bomb Tech ████████████████, Salem RA, was assisting Oregon State Police Bomb Technicians in rendering safe a residence located at 1000 Dreamhill Drive, Williams, Oregon. Because the bomb techs found evidence of booby traps on the perimeter of the property, they used a small explosive charge to safely breach the front door. Once the door was breached, ████████ and another OSP Bomb Tech crossed the threshold. A wheelchair was directly in front of the door. The wheelchair was nudged or moved which triggered an explosion.

████████' lower left leg was hit by an unknown projectile causing injury. ████████ and the others retreated to a safe distance where first aid was rendered to ████████. ████████ was later transported to an area hospital for treatment. An X-ray of SA ██████'s leg revealed what appears to be a small pellet, possibly from a .410 shotgun. For medical reasons, the pellet was not removed. ████████ was subsequently

UNCLASSIFIED

Title:  (U) Timeline of events in the Gregory Rodvelt investigation.
Re:  174A-PD-2983108, 08/26/2019

released. (Reference serial 14)

1st Interview of Rodvelt

   On the evening of 9/7/18, Phoenix FBI Field Office located and interviewed Rodvelt about the property at 1000 Dreamhill Drive. Rodvelt made incriminating admissions indicating he knew of, and was responsible for, at least some of the improvised devices found on the property. (Reference Serial 4)

2nd Interview and Arrest of Rodvelt for Conditional Release violations

   On 09/08/2018, Rodvelt was contacted at GPS coordinates 33.712432-112.496094 in Whitman, Arizona. He is advised of his rights and placed under arrest. Rodvelt states it is not his fault if anyone gets hurt going onto his property and Agents should just wait. He makes incriminating statements that he is aware there are hazards and booby-traps located on his property and provides vague locations of where they may be. (Reference Serial 5)

   While in a holding cell at the Maricopa County Jail, Rodvelt made specific statements about the location of an improvised device and that it is a shotgun shell and a rat trap. (Reference Serial 39)

1st Search Warrant executed at 1000 Dreamhill Drive.

   On 9/8/18, a federal search warrant was executed at Rodvelt's residence. Located in close proximity to the front door was a rat trap modified to fire a .410 shotgun shell. The expended shot shell was also

UNCLASSIFIED
8

Exhibit 10
Page 8 of 11
RODVELT_0004218

Title:  (U) Timeline of events in the Gregory Rodvelt investigation.
Re:  174A-PD-2983108, 08/26/2019

recovered. The wheelchair showed evidence of numerous impact marks from what appears to be .410 shotgun shell pellets. (Reference Serials 7, 10, 13, and 29)

Issuance of Arrest warrant for Rodvelt

   On 9/10/18, US Magistrate Judge Mark D. Clarke signed a criminal complaint and arrest warrant charging Rodvelt with Assaulting a Federal Officer in violation of Title 18, USC, Section 111. (Reference Serial 11)

Arrest of Rodvelt for Assault on a Federal Officer

   On 9/11/18, Rodvelt was taken into state custody and lodged at the Maricopa County Jail. By virtue of the arrest warrant, a Federal hold was placed on Rodvelt pending adjudication of his state charges. (Reference Serial 20)

Interview of Ronald Apple

   On 09/17/18, Ronald Apple was interview by SA Jeff Gray. (Reference Serial 45)

Jason Hillman/Erik Olson conduct a search of Dreamhill property and seizes items.

   On 09/20/2018, Jason Hillman and Erik Olson conducted a search of the Dreamhill property at the request of Joseph Charter and Pat Fleener. Jason Hillman seized items that appeared upon further inspection appeared

UNCLASSIFIED

Title: (U) Timeline of events in the Gregory Rodvelt investigation.
Re: 174A-PD-2983108, 08/26/2019

to be components for booby-traps. (Reference Serial 47)

### 2nd Interview of Ronald Apple

On 10/10/2018, Ronald Apple was interviewed by SA Jeff Gray. Apple stated Rodvelt was likely driving a 2 door gold Mercedes while he was in Oregon.

### 2nd Search of 1000 Dreamhill Drive

On 10/11/18 at approximately 0915, and prior to execution of the search warrant, civilians Jason Hillman and Erik Olson entered onto the property (under the authority of court appointed Receiver Joseph Charter) to ensure it was free of booby traps or explosive devices. None were found. (Reference Serial 47 and 46)

At approximately 1000, Law Enforcement Officers entered and conducted the 2nd search of 1000 Dreamhill Drive. Booby-trap making materials were located in the residence. (Reference Serial 48 and 51)

### 3rd Interview of Ronald Apple

On 11/15/2018, Ronald Apple was interviewed by SA Jeff Grey. Ronald Apple stated that he entered the Dreamhill property on 09/05/2018, after Rodvelt had departed back to AZ, to ensure the property had been secured. He stated he did not set and booby traps. He observed a van in front of the gate, and a hot tub staged to roll down the hill. Apple checked to verify the doors were locked and he departed the property. He took this action on his own, and was not asked to do so by Rodvelt. (Reference

UNCLASSIFIED
10

Exhibit 10
Page 10 of 11
RODVELT_0004220

174A-PD-2983108 Serial 91

UNCLASSIFIED

Title: (U) Timeline of events in the Gregory Rodvelt investigation.
Re: 174A-PD-2983108, 08/26/2019

Serial 67)

### 3rd Interview of Rodvelt

On 12/18/2018, a third interview of Rodvelt was attempted by Phoenix Division Agents of the FBI. Rodvelt was asked in the interest of public safety if there were any more hazards on his property in Oregon. He stated that, "If anyone goes up there it's trespassing and they deserve what they get". He then said, "I'm the only one who won't get hurt up there".

♦♦