FILED 23 FEB 2 12:41USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:19-cr-00454-MC |
| v. | SUPERSEDING INDICTMENT |
| GREGORY LEE RODVELT, | 18 U.S.C. § 111(a)(1) and (b); |
| Defendant. | 18 U.S.C. § 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii); |
| | 26 U.S.C. §§ 5841, 5845(f) 5861(d) and 5871 |
| | **Forfeiture Allegation** |
| | 18 U.S.C. § 924(d) |
| | 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Assault on a Federal Officer)
(18 U.S.C. § 111(a)(1) and (b))

On or about September 7, 2018, in the District of Oregon, defendant **GREGORY LEE RODVELT** did forcibly assault AV, a federal agent who was then engaged in the performance of his official duties, and in the commission of such offense did inflict bodily injury, and, did use a deadly or dangerous weapon;

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

\\\

\\\

**Superseding Indictment**      Page 1

## COUNT 2
### (Using and Discharging a Firearm During and in Relation to a Crime of Violence)
### (18 U.S.C. § 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii))

On or about September 7, 2018, in the District of Oregon, defendant **GREGORY LEE RODVELT** did knowingly use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault on a Federal Officer as charged in Count 1 of this Superseding Indictment;

The Grand Jury further alleges that **GREGORY LEE RODVELT** discharged a firearm, and;

The Grand Jury further alleges that the firearm **GREGORY LEE RODVELT** used was a destructive device;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (iii), and (c)(1)(B)(ii).

## COUNT 3
### (Possession of Unregistered NFA Firearm)
### (26 U.S.C. §§ 5841, 5845(f), 5861(d) and 5871)

Between on or about August 17, 2018, and September 7, 2018, in the District of Oregon, defendant **GREGORY LEE RODVELT** did knowingly possess a firearm that qualifies as a destructive device, which was not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5845(f), 5861(d) and 5871.

\\\

\\\

\\\

## FORFEITURE ALLEGATION

Upon conviction of one or more of the above offenses, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in those offenses.

Dated: February 2, 2023.

                                                  A TRUE BILL.

                                                  /s/ Grand Jury Foreperson

Presented by:

NATALIE K. WIGHT
United States Attorney

*Judith R. Harper*
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney